## Stanley Company of America *v.* Forum Amusement Company, Appellant.

Argued December 3, 1937. Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Joseph K. Willing,* of *Sterling & Willing,* with him *Elias Magil,* for appellant.

*D. Benjamin Kresch,* with him *Nathan Silberstein* and *Wolf, Block, Schorr & Solis-Cohen,* for appellee.

PER CURIAM, January 3, 1938:

This action is in assumpsit to recover on a promissory note given by defendant to plaintiff. Defendant coun-

terclaimed upon a written lease and averred that plaintiff had failed to pay the rent in full. A reply was filed to the counterclaim in which it was set up that the defendant had voluntarily granted plaintiff a reduction in rent and had accepted as payment in full the reduced sum. Defendant filed a rule for judgment for want of a sufficient reply. The court below refused to enter judgment, stating in its opinion that the reply to the counterclaim raised questions of fact which should be submitted to a jury.

Our examination of the record shows this not to be such a clear case as warrants summary judgment. It is only in clear cases that we will reverse for a refusal to summarily dispose of a controversy: *Rhodes v. Terheyden,* 272 Pa. 397, 116 A. 364; *Aultman v. Pittsburgh,* 326 Pa. 213, 192 A. 112.

Order affirmed.